IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN AGNEW | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| STRATEGIC DELIVERY SOLUTIONS, LLC, et al. | : | NO. 18-4728 |

### O R D E R

**AND NOW, TO WIT:** this 26th day of March, 2019, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court ,it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**Kate Barkman,  Clerk of Court**

**BY:**_____
  Marie O'Donnell
   Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON  3/26/2019